AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

# 08 C 55

## SUMMONS IN A CIVIL CASE

SAKEENA SHAW,
    Plaintiff,

           V.

AMSHER COLLECTION SERVICES, INC.,
    Defendant.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE SHADUR
MAGISTRATE JUDGE BROWN**

TO: (Name and address of Defendant)

Amsher Collection Services, Inc.
c/o CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

**January 3, 2008**

Date

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  1/7/07 |
| NAME OF SERVER *(PRINT)* Stephen Gorski | TITLE  Paralegal |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant.  Place where served: CT Corporation System
208 S. LaSalle St., Suite 814, Chicago, IL  60604

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/7/07
_____     _____
Date                          Signature of Server

Edelman & Combs, 120 S. LaSalle St.,
Address of Server   18th Floor, Chicago, IL  60603

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.