## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| SAKEENA SHAW, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 55 |
| | ) | |
| vs. | ) | Judge Shadur |
| | ) | Magistrate Judge Brown |
| AMSHER COLLECTION SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### FIRST AMENDED COMPLAINT

### INTRODUCTION

1.      Plaintiff Sakeena Shaw brings this action to secure redress from unlawful credit and collection practices engaged in by defendant Amsher Collection Services, Inc.. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA"). The FDCPA broadly prohibits unfair or unconscionable collection methods;   conduct which harasses, oppresses or abuses any debtor; and any false, deceptive or misleading statements, in connection with the collection of a debt; it also requires debt collectors to give debtors certain information.  15 U.S.C. §§1692d, 1692e, 1692f and 1692g.

### VENUE AND JURISDICTION

2.      This Court has jurisdiction under 15 U.S.C. §1692k (FDCPA), 28  U.S.C. §1331, and 28 U.S.C. §1337.

3.      Venue and personal jurisdiction in this District are proper because:

a.      Defendant's collection communications were received by plaintiff within this District;

b.      Defendant does business within this District.

### PARTIES

4.      Plaintiff Sakeena Shaw  is an individual who resides in the Northern District

1

of Illinois.

5.      Defendant Amsher Collection Services, Inc. is a corporation with offices at 600 Beacon Parkway W., Suite 300, Birmingham, AL 35209.  It does business in Illinois and holds a license under the Illinois Collection Agency Act.  Its registered agent and office are CT Corporation System, 208 S. LaSalle St., Suite 814, Chicago, IL 60604.

6.      Amsher Collection Services, Inc. is engaged in the business of a collection agency, using the mails and telephone to collect consumer debts originally owed to others.

7.      Amsher Collection Services, Inc. is a debt collector as defined in the FDCPA.

## FACTS

8.      Defendant has been attempting to collect from plaintiff a cellular telephone debt allegedly incurred for personal, family or household purposes.

9.      On or about November 15, 2007, plaintiff sent Amsher Collection Services, Inc. a letter disputing the alleged debt.  A copy of the letter is in Exhibit A and the return receipt showing it was received by defendant on November 26, 2007 as Exhibit B.

10.     At no time has defendant verified the debt.

11.     Subsequent to receipt of plaintiff's letter (Exhibit A), defendant has repeatedly called plaintiff at her place of employment.  Defendant made at least one call on November 27, 2007, at least one call on November 28, 2007, at least four calls on November 29, 2007, at least one call on November 30, 2007, and at least one call on December 4, 2007.

12.     On December 12, 2007, December 17, 2007 and December 19, 2007 agents of Amsher Collection Services, Inc., telephoned Plaintiff directly at her place of employment.

13.     Plaintiff informed defendant that she was not allowed to receive personal calls at her place of employment.

14.     Defendant persisted in calling plaintiff there.

15.     On at least two occasions representatives of defendant left voicemail

2

messages without meaningful disclosure of the caller's identity.

16.    In December 2007 defendant reported the debt to the major credit reporting agencies, without reporting that the debt was disputed.

17.    On information and belief, defendant never sent plaintiff the notice required by 15 U.S.C. §1692g.

18.    The course of conduct pursued by defendant was intended to and did harass plaintiff.

## COUNT I – FDCPA

19.    Plaintiff incorporates paragraphs 1-18.

20.    Defendant thereby violated 15 U.S.C. §§1692c, 1692d, 1692e and 1692g.

WHEREFORE, the Court should enter judgment in favor of plaintiff and against defendant for:

(1)    Statutory damages;

(2)    Actual damages;

(3)    Attorney's fees, litigation expenses and costs of suit;

(4)    Such other and further relief as the Court deems proper.


s/ Daniel A. Edelman
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
    & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## JURY DEMAND

Plaintiff demands trial by jury.

s/ Daniel A. Edelman
Daniel A. Edelman

## NOTICE OF LIEN

Please be advised that we claim a lien upon any recovery herein for 1/3 or such amount as a court awards.

s/ Daniel A. Edelman
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

4

# EXHIBIT A

*Letter to Collection agency* 

November 15, 2007

Sakeena Shaw

███████████

AmSher Collection Services          **Redacted**
600 Beacon Pkwy W
Ste 300
Birmingham, AL 35209-3120

CMRRR:  7007 0710 0001 5831 2699

RE: Account # ███████████

To Whom It May Concern:

A recent review of my credit report shows that you have an open installment loan in my name.

I dispute your claims and reporting entirely, as I have no record of ever having an installment loan from your organization.

Please forward me documentary evidence of such account, including the original contract that you allege I signed with your company. Alternatively, please delete the item from my credit report.

You have thirty (30) days from receipt of this notice to respond. Your failure to respond, on point, in writing, hand signed, and in a timely manner, will work as a waiver to any and all of your claims in this matter, and will entitle me to assume that you placed this on my credit report(s) in error and that this matter is permanently closed. Provide the proof, or correct the record and remove this invalid debt from all sources to which you have reported it to.

In addition you are hereby advised that all future contact with me must be by US mail. Any other method is "inconvenient" as defined by the FDCPA.


Sincerely,

Sakeena Shaw

# EXHIBIT B

Green card received

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Amsher Collection Svcs
600 Beacon Parkway W.
# 300
Birmingham, AL
        35209

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Constance Lawson_     ☐ Agent
                         ☐ Addressee

B. Received by ( Printed Name )      C. Date of Delivery

Constance Lawson      11-26-07

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)              ☐ Yes

2. Article Number
   (Transfer from service label)    7007 0710 0001 5831 2699

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540