**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SAKEENA SHAW, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 55 |
| | ) | |
| vs. | ) | Judge Shadur |
| | ) | Magistrate Judge Brown |
| AMSHER COLLECTION SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

**To:**     **(See attached service list.**)

      **PLEASE TAKE NOTICE** that, on January 8, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois the following document, copies of which are attached and are hereby served upon you: **FIRST AMENDED COMPLAINT.**

                                                                      s/ Daniel A. Edelman
                                                                      Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL   60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

      I, Daniel A. Edelman, hereby certify that on January 8, 2008, the foregoing document and the document referred to therein were filed electronically. A copy of these documents were served via hand delivery on the following individuals:

Amsher Collection Services, Inc.
c/o CT Corporation System, Registered Agent
208 S. LaSalle St., Suite 814
Chicago, IL 60604

                                                                         s/ Daniel A. Edelman
                                                                         Daniel A. Edelman