# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SAKEENA SHAW, ) | |
| ) | 08-c-55 |
| Plaintiff, ) | |
| ) | Judge Shadur |
| vs. ) | Magistrate Judge Brown |
| ) | |
| AMSHER COLLECTION SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Sakeena Shaw and defendant Amsher Collection Services, Inc., hereby stipulate to the dismissal of this action with prejudice as to plaintiff Sakeena Shaw. Each party is to bear its own costs and fees.

Respectfully submitted,

**SAKEENA SHAW**

By: s/ Tiffany N. Hardy
    One of Her Attorneys

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
    & GOODWIN LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**AMSHER COLLECTION
SERVICES, INC.**

By: s/ Jennifer W. Weller
    One of Its Attorneys

David M. Schultz
Jennifer W. Weller
HINSHAW & CULBERTSON, LLP
222 N. LaSalle St., Suite 300
Chicago, IL 60601
(312) 704-3000
(312) 704-3001 (FAX)

## CERTIFICATE OF SERVICE

  I, Tiffany N. Hardy, hereby certify that on March 4, 2008, the foregoing document and the document referred to therein were filed electronically. A copy of these documents were served via the Court's ECF system on the following individuals:

David M. Schultz
dschultz@hinshawlaw.com

Jennifer W. Weller
jweller@hinshawlaw.com

              s/ Tiffany N. Hardy
              Tiffany N. Hardy